## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO: 14-2102** |
| | * | **SECTION: "F"(4)** |
| Plaintiff | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| versus | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO EXTENSION OF EXPERT REPORT DEADLINE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ASI Lloyds ("ASI"), and respectfully moves this Honorable Court to grant an extension of the expert report deadline of February 12, 2015, as provided in the scheduling order. The trial of this matter is currently scheduled for the court's trial docket beginning on May 4, 2015. The Plaintiff, Osama Minias, **consents to this Motion**. The parties respectfully request this trial deadline be continued and reset to March 6, 2015 at the Court's convenience, all for the reasons set forth in the attached Memorandum in Support of the Motion.

        Respectfully submitted,

        **LAW OFFICES OF JASON P. FOOTE, LLC**

By: */s/ Jason P. Foote*
    **JASON P. FOOTE (#25050)**
    2201 Veterans Boulevard, Suite 402
    Metairie, Louisiana 70002
    Telephone: 504-324-8585
    Facsimile: 504-324-8496
    *Attorney for Defendant, ASI Lloyds*

By:*/s/ Tiffany R. Christian*
**TIFFANY R. CHRISTIAN (#28529)**
**DAVID BINEGAR (#26603)**
4920 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 301-1403
Facsimile: (504) 304-2081
*Attorneys for Osama Minias*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of February, 2015, served a copy of the foregoing pleadings on counsel for all parties by:

( )     Hand Delivery           ( )     Prepaid U.S. Mail

( X )   Facsimile/Electronic Mail ( )   Overnight Delivery

*/s/ Jason P. Foote*
**JASON P. FOOTE**