UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO: 14-2102** |
| | * | **SECTION: "F"(4)** |
| **Plaintiff** | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| versus | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO EXTENSION OF EXPERT REPORT DEADLINE

**MAY IT PLEASE THE COURT:**

Defendant, ASI Lloyds ("ASI"), respectfully submits this Memorandum in Support of the Unopposed Motion to Extension of Expert Report Deadline. ASI has had a difficult time completing necessary discovery and setting the Plaintiff's deposition to comply with this Court's scheduling order.

Initially, ASI began requesting dates for Plaintiff's deposition in October of 2014. After repeated requests, Plaintiff's counsel was only able to provide a date which undersigned counsel was not available. The Plaintiff's deposition is now set for February 10, 2015 and we only recently received the Plaintiff's discovery responses and expert report. We only received the discovery after filing a Motion to Compel on December 4, 2014. Because the nature of this suit involves more than one loss, ASI is requesting additional time to complete and submit expert reports originally due February 14, 2015, per this Court's scheduling order. Due to the delay in setting the Plaintiff's deposition and receiving discovery responses, Plaintiff has agreed to an extension until March 6, 2015.

The parties agree that it is in the best interests of all parties and judicial economy to extend the expert report deadline to March 6, 2015. For all of these reasons, Defendant respectfully requests a continuance of the expert report deadline to March 6, 2015.

Respectfully Submitted:

**LAW OFFICES OF JASON P. FOOTE, LLC**

By: ___*/s/ Jason P. Foote*___
   **JASON P. FOOTE (#25050)**
   2201 Veterans Memorial Blvd. Suite 402
   Metairie, Louisiana 70002
   Telephone: 504-324-8585
   Facsimile: 504-324-8496
   *Attorney for Defendant, ASI Lloyds*

By: ___*/s/ Tiffany R. Christian*___
   **TIFFANY R. CHRISTIAN (#28529)**
   **DAVID BINEGAR (#26603)**
   4920 Canal Street
   New Orleans, Louisiana 70119
   Telephone: (504) 301-1403
   Facsimile: (504) 304-2081
   *Attorneys for Osama Minias*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of February, 2015, served a copy of the foregoing pleadings on counsel for all parties by:

|   |   |   |   |
|---|---|---|---|
| (   )   | Hand Delivery | (   )   | Prepaid U.S. Mail |
| ( X )   | Via Facsimile | (   )   | Overnight Delivery |

   */s/ Jason P. Foote*
   **JASON P. FOOTE**