UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO: 14-2102** |
| | * | **SECTION: "F"(4)** |
| **Plaintiff** | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| versus | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE ABOVE AND FOREGOING UNOPPOSED MOTION TO EXTENSION OF EXPERT REPORT DEADLINE:

**IT IS HEREBY ORDERED** that the Unopposed Motion to Extension of Expert Report Deadline be, and same is, hereby GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
**JUDGE MARTIN L.C. FELDMAN**

1