# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO: 14-2102** |
| | * | **SECTION: "F"(4)** |
| **Plaintiff** | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| **versus** | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO FOR LEAVE TO FILE SUPPLEMENTAL AND</u> <u>AMENDED ANSWER TO PETITION</u>

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ASI Lloyds ("ASI"), and respectfully moves this Honorable Court for leave to file a Supplemental and Amended Answer to Petition. The trial of this matter is currently scheduled for the Court's trial docket beginning on May 4, 2015. For the reasons set forth in the attached Memorandum in Support of the Motion, ASI submits that it has good cause for the delayed filing of this Supplemental and Amended Answer to Petition as new information was recently learned which substantially affects the merits of this case, and the affirmative defense of fraud could not have been alleged with particularity prior to the original deadline to amend the pleadings in this matter. Accordingly, ASI respectfully prays that this Honorable Court grant it leave to file the Supplemental and Amended Answer to Petition in order to allege fraud with particularity as required by FRCP 9.

Plaintiff's counsel has been contacted about the instant Motion and has not consented to its filing.

1

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By: */s/ Jason P. Foote*

 **JASON P. FOOTE (#25050)**
2201 Veterans Boulevard, Suite 402
Metairie, Louisiana 70002
Telephone: 504-324-8585
Facsimile: 504-324-8496
*Attorney for Defendant, ASI Lloyds*


## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 23rd day of March, 2015, served a copy of the foregoing pleadings on counsel for all parties by:

(     )      Hand Delivery          (     )       Prepaid U.S. Mail

(   X   )      Facsimile/Electronic Mail    (     )       Overnight Delivery

 */s/ Jason P. Foote*
 **JASON P. FOOTE**