UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | CIVIL ACTION NO: 14-2102 |
| | * | SECTION: "F"(4) |
| **Plaintiff** | * | |
| | * | JUDGE: MARTIN L.C. FELDMAN |
| versus | * | |
| | * | MAGISTRATE: KAREN WELLS ROBY |
| **ASI LLOYDS** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ASI Lloyds ("ASI"), and respectfully moves this Honorable Court for leave to file a Supplemental and Amended Witness and Exhibit List. As demonstrated in the attached Memorandum in Support of the instant Motion, as well as the Memorandum in Support of Motion for Leave to File Supplemental and Amended Answer to Petition, ASI has only recently discovered two (2) prior claims files from Geovera Insurance and Louisiana Citizens related to this property, as well as the names of several witnesses involved in the prior adjustment of claims at the subject property, and ASI would like to amend the Witness and Exhibit List to list those documents and witnesses for trial purposes.

Plaintiff's counsel has been contacted about the instant Motion and has not consented.

1

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By: */s/ Jason P. Foote*
  **JASON P. FOOTE (#25050)**
2201 Veterans Boulevard, Suite 402
Metairie, Louisiana 70002
Telephone: 504-324-8585
Facsimile: 504-324-8496
*Attorney for Defendant, ASI Lloyds*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of March, 2015, served a copy of the foregoing pleadings on counsel for all parties by:

|  |  |  |  |
|---|---|---|---|
| (   ) | Hand Delivery | (   ) | Prepaid U.S. Mail |
| ( X ) | Facsimile/Electronic Mail | (   ) | Overnight Delivery |

*/s/ Jason P. Foote*
**JASON P. FOOTE**

2