UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO: 14-2102** |
| | * | **SECTION: "F"(4)** |
| **Plaintiff** | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| **versus** | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED WITNESS AND EXHIBIT LIST

**MAY IT PLEASE THE COURT:**

Defendant, ASI Lloyds ("ASI"), respectfully submits this Memorandum in Support of Motion for Leave to File Supplemental and Amended Witness and Exhibit List.  ASI has good cause for this amendment because ASI has only recently (within the past ten (10) days) received claims files from two prior claims submitted by the Plaintiff to two prior insurers, Louisiana Citizens and Geovera Insurance.  As explained in detail in the Supplemental and Amended Answer being filed contemporaneously, these claims files demonstrate that the vast majority, and possibly all, of the damages being asserted by Minias against ASI in the instant litigation existed prior to Hurricane Isaac, and that Minias has already recovered, and is still fraudulently attempting to recover, insurance proceeds from ASI.  The Supplemental and Amended Answer to Petition, and the Motion for Leave and Memorandum in Support of Motion for Leave to File Supplemental and Amended Answer to Petition, are referenced herein as if copied *in extenso.*

Accordingly, ASI prays for leave to file the attached Supplemental and Amended Witness and Exhibit List in order to add the documents and witness names only recently discovered.

        Respectfully Submitted:

        **LAW OFFICES OF JASON P. FOOTE, LLC**

By:  */s/ Jason P. Foote*
      **JASON P. FOOTE (#25050)**
      2201 Veterans Memorial Blvd. Suite 402
      Metairie, Louisiana 70002
      Telephone: 504-324-8585
      Facsimile: 504-324-8496
      *Attorney for Defendant, ASI Lloyds*

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of March, 2015, served a copy of the foregoing pleadings on counsel for all parties by:

|  |  |  |  |
|---|---|---|---|
| (   ) | Hand Delivery | (   ) | Prepaid U.S. Mail |
| ( X ) | Via Facsimile | (   ) | Overnight Delivery |

        */s/ Jason P. Foote*
        **JASON P. FOOTE**