UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO:14-2102 SECTION:** |
| | * | **"F"(4)** |
| **Plaintiff** | * | |
| | * | **JUDGE:   MARTIN L.C. FELDMAN** |
| versus | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *AMENDED* WITNESS AND EXHIBIT LIST OF THE DEFENDANT ASI LLOYDS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, ASI Lloyds, and submits the following list of witnesses that may be called to testify, and exhibits that may be introduced, at the trial of this matter:

### WITNESS LIST:

The following witnesses will be called to testify at the trial of this matter:

1. Osama Minias, regarding facts and damages, on cross-examination;

2. Brent Conerly, IAS Claims Services, P.O. Box 86308 Baton Rouge, LA 70809 regarding facts, damages, adjustment of the claim, inspections and payments, as outlined in his expert report;

3. Mitchell Woods, Architect Nix/Century Builders, regarding expert opinions on general contracting, architecture, engineering, and pricing, as outlined in his expert report;  and

The following witnesses may be called to testify at the trial of this matter:

1. Vickie Ryan, ASI Lloyds, 1 ASI Way St., St. Petersburg, Florida 33702, regarding facts, damages, adjustment of the claim, and payments;

1

2. Jon Penninger, General Adjuster, Reid, Jones, McRorie & Williams, Inc. 2200 Executive Street Charlotte, NC 28208 regarding facts, damages, adjustment of the claim, inspections and payments;

3. Kendall Jude Theriot, Adjuster, IAS Claims Services, 8550 United Plaza Blvd, Suite 702, Baton Rouge, LA 70809 regarding facts, damages, adjustment of the claim, inspections and payments;

4. A corporate representative of ASI Lloyds, regarding adjustment of the claim, damage estimates, and payments;

5. Ryan Friloux, The Friloux Group, Metairie, Louisiana, and/or a corporate representative of The Friloux Group, regarding inspection of property in 2011, photographs of property, damage estimates, and reporting of damages by Osama Minias in 2011;

6. Tony Clarke, Rimkus Consulting Group, and/or a representative of Rimkus Consulting Group, regarding inspection of property in 2011, photographs of property, damage estimates, and reporting of damages by Osama Minias in 2011;

7. Greg Achee, Adjuster, 83142 House Creek Road, Bush, Louisiana 70431, regarding inspection of property in 2008, photographs of property, damages estimates, and reporting of damages by Osama Minias in 2008;

8. Timothy J. Moore, P.E., PT&C Forensic Consulting Services, P.A., and/or a representative of PT&C Forensic Consulting Services, regarding inspection of property in 2008, photographs of property, damage estimates, and reporting of damages by Osama Minias in 2008;

2

9. A corporate representative and/or independent adjuster from Geovera Insurance regarding inspection of property after Hurricane Gustav, damage estimates, claims submitted by Minias, payment history, and/or photographs;

10. A corporate representative and/or independent adjuster from La. Citizens regarding inspection of property in 2011 after hail storm, damage estimates, claims submitted by Minias, payment history and/or photographs;

**EXHIBIT LIST:**

The following exhibits may be introduced into evidence at the trial of this matter:

1. Non-privileged and/or non-protected portions of ASI Lloyds claims file, including but not limited to, all activity notes, payment histories, damage estimates, loss reports and photographs, correspondence, emails and all other claims related documentation;

2. Any and all estimates, reports, and photographs prepared by any of the witnesses who will be called at trial;

3. Any and all correspondence sent by ASI Lloyds to the Plaintiff, or received by ASI Lloyds from Plaintiff;

4. Certified copy of the ASI policy number LAL51753 issued to Osama Minias;

5. Any and all certified copies of business records and/or certified copies of claims files for any prior insurer regarding the property located at 1421 Stonebridge Drive, Gretna, Louisiana 70056, including but not limited to GeoVera and Louisiana Citizens insurance companies, said records to include all claims histories, payment histories, photographs, damage estimates, emails, witness

3

statements, engineering reports, and all other portions of the respective claims file.

6. Any and all photographs of the property before and after the loss;

7. Any and all documents produced as discovery progresses in this matter;

8. Any and all evidence of repairs to the property both before and after the Hurricane, which may be discovered or produced;

9. Blow-ups and/or enlargements of any of the exhibits;

10. Depositions of any witnesses to be taken hereafter, particularly including Osama Minias and/or Don Kotter;

11. Plaintiff's Discovery responses and all attachments thereto;

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By:     */s/ Jason P. Foote*     
**JASON P. FOOTE (#25050)**
2201 Veterans Boulevard, Suite 402
Metairie, Louisiana 70002
Telephone: 504-324-8585
Facsimile: 504-324-8496
*Attorney for Defendant, ASI Lloyds*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

    */s/ Jason P. Foote*    
**JASON P. FOOTE**

4