**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OSAMA MINIAS** | * | **CIVIL ACTION NO: 14-2102** |
| | * | **SECTION: "F"(4)** |
|     **Plaintiff** | * | |
| | * | **JUDGE: MARTIN L.C. FELDMAN** |
| versus | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **ASI LLOYDS** | * | |
|     **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED WITNESS AND
EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Defendant, ASI Lloyds, who respectfully requests oral argument on the Motion for Leave to File Supplemental and Amended Witness and Exhibit List. The hearing will be held before the United States District Court Judge, The Honorable Martin L.C. Feldman in the United States District Court for the Eastern District of Louisiana, at **10 a.m. on April 8, 2015**.

                                            Respectfully submitted,

                                            **LAW OFFICES OF JASON P. FOOTE, LLC**

                                            By:  *s/ Jason P. Foote*
                                                 **JASON P. FOOTE (#25050)**
                                                 **DEVIN CABONI-QUINN (#35447)**
                                                 2201 Veterans Memorial Blvd., Ste. 402
                                               Metairie, Louisiana 70002
                                               Telephone: 504-324-8585
                                               Facsimile: 504-324-8496
                                               *Attorney for ASI Lloyds*

**CERTIFICATE OF SERVICE**

I hereby certify that on the **24th** day of **March, 2015** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

                                           */s/ Jason P. Foote*
                                           **JASON P. FOOTE**