# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| OSAMA MINIAS, | | * | CA NO. 14-2102-MLCF-KWR |
| | Plaintiff | * | |
| | | * | JUDGE: MARTIN L.C. FELDMAN |
| VERSUS | | * | |
| | | * | SECTION:   "F" |
| ASI LLOYDS | | * | |
| | Defendant | * | MAGISTRATE: KAREN WELLS ROBY |
| | | * | |
| | | * | MAG.:        (4) |

## RESPONSE CERTIFYING NO OPPOSITION TO MOTION TO AMEND WITNESS AND EXHIBIT LIST

Plaintiff, Osama Minias (hereinafter referred to as "Minias"), certifies that he does not oppose the Motion of Defendant, ASI Lloyds (hereinafter referred to as "ASI") for Leave to Amend its Witness and Exhibit List.

**WHEREFORE,** Plaintiff, Osama Minias, respectfully prays that this Court grant as unopposed the Motion of ASI Lloyds for Leave to Amend its Witness and Exhibit List, and for any other relief this Court deems appropriate under the circumstances.

Respectfully submitted this 31st day of March, 2015

/s/David A. Binegar_____
David A. Binegar (Bar #26603)
Tiffany R. Christian (Bar #28529)
BINEGAR CHRISTIAN
4920 Canal Street
New Orleans, Louisiana 70119
Telephone:    (504) 301-1403
Facsimile:    (504) 304-2081
Attorneys for Osama Minias

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record via this Court's CM/ECF electronic filing system, this 31st day of March, 2015.

*/s/David A. Binegar*_____