## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSAMA MINIAS | * | CIVIL ACTION NO: 14-2102 |
| | * | SECTION: "F"(4) |
| Plaintiff | * | |
| | * | JUDGE: MARTIN L.C. FELDMAN |
| versus | * | |
| | * | MAGISTRATE: KAREN WELLS ROBY |
| ASI LLOYDS | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE PRELIMINARY TELEPHONE CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ASI Lloyds ("ASI"), and respectfully moves this Honorable Court to continue the Preliminary Telephone Conference scheduled for June 25, 2015, at 2:15 p.m. to the next available date at the Court's convenience. The undersigned counsel for ASI is unable to attend the telephone conference due to a previously scheduled doctor's appointment, which has been scheduled for over a year with a specialist. Plaintiff's counsel has been advised of this motion and there is no opposition to continuing the preliminary telephone conference. ASI respectfully requests this preliminary telephone conference be continued and reset to the next available date at the Court's convenience.

                                                Respectfully submitted,
                                                **LAW OFFICES OF JASON P. FOOTE, LLC**

                                                By: */s/ Jason P. Foote*
                                                    **JASON P. FOOTE (#25050)**
                                                    **DEVIN CABONI-QUINN (#35447)**
                                                    2201 Veterans Boulevard, Suite 402
                                                  Metairie, Louisiana 70002
                                                  Telephone: 504-324-8585
                                                  Facsimile: 504-324-8496
                                                  *Attorneys for Defendant, ASI Lloyds*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of June, 2015, served a copy of the foregoing pleadings on counsel for all parties by:

|     |     |     |     |
|-----|-----|-----|-----|
| (   ) | Hand Delivery | (   ) | Prepaid U.S. Mail |
| ( X ) | Facsimile/Electronic Mail | (   ) | Overnight Delivery |

*/s/ Jason P. Foote*
**JASON P. FOOTE**